United States District Court for the
Eastern District of Washington

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | CR-13-6065-WFN |
| ) | |
| vs. ) | Order Granting Motion |
| ) | to Modify Conditions of |
| Justin Daniel Crisp, ) | Release |
| ) | |
| Defendant. ) | |
| _____ ) | |

BEFORE THE COURT is Mr. Crisp's Motion to Modify Conditions of Release (ECF No. 17). For the reasons set forth in his motion, **IT IS HEREBY ORDERED** that his Motion to Modify Conditions of Release (ECF No. 17) is **GRANTED**. The condition that Mr. Crisp be subject to random urinalysis is stricken. All other previously imposed conditions remain in effect. The district court executive is directed to enter this order and provide copies to counsel and the U.S. Probation Office.

DATED this 23rd day of October, 2013.

_____
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER

1