United States District Court for the
Eastern District of Washington

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | CR-13-6065-WFN |
| ) | |
| vs. ) | Order Granting Motion to |
| ) | Modify Conditions of Release |
| Justin Daniel Crisp, ) | |
| ) | |
| Defendant. ) | |
|  ) | |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (Ct. Rec. 39).  For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (Ct. Rec. 39) is **GRANTED**.

Mr. Crisp's curfew hours, as set forth in release Condition #10, are extended to 11:00 p.m.  All other conditions remain in full force and effect.

The district court executive is directed to enter this order and provide copies to counsel.

DATED this 25th day of April, 2014.


s/James P. Hutton
James P. Hutton
United States Magistrate Judge