UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>     v.<br><br>Justin Daniel Crisp,<br><br>                    Defendant. | No. CR-13-6065-WFN<br><br>Order Granting Motion for Modification of Conditions of Release |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 59). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (ECF No. 59) is **GRANTED**.

On Friday, June 27, 2014, and Saturday, June 28, 2014, Mr. Crisp is not subject to Condition #10, requiring him to abide by home confinement and a curfew. Mr. Crisp is permitted to travel to Tucanon (Dayton, Washington) and **SHALL** return to his home in West Richland, Washington by 11:00 p.m. on Sunday, June 29, 2014. All other conditions remain in full force and effect.

The district court executive is directed to enter this order and provide copies to counsel and the U.S. Probation Office.

So Ordered this   23rd   day of June, 2014

Order

1

<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE