UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Justin Daniel Crisp,<br><br>　　　　　Defendant. | No. CR-13-6065-WFN<br><br>Order Granting Motion for Modification of Conditions of Release<br><br>~~(Proposed)~~ |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. __67__).  For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (ECF No. 67) is **GRANTED**.

On August 2, 3, and 4, Mr. Crisp is not subject to Condition #10, requiring him to abide by an 11:00 pm curfew. Mr. Crisp's curfew is extended to 1:00 am on the above-mentioned days. All other conditions remain in full force and effect.

The district court executive is directed to enter this order and provide copies to counsel and the U.S. Probation Office.

So Ordered this __28__ day of: July, 2014.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES P. HUTTON
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE



Order

1