UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-13-6065-WFN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | MOTION TO MODIFY CONDITIONS OF |
| JUSTIN DANIEL CRISP, | ) | RELEASE ON EXPEDITED BASIS |
| Defendant. | ) | |

Before the Court is Defendant's Motion to Expedite Time, ECF No. 121, for hearing Defendant's Motion to Modify Conditions of Release, ECF No. 120. The Court having considered the file and record and being advised, finds good cause to grant both motions. Accordingly,

**IT IS ORDERED** that the motion to expedite, **ECF No. 121, is granted**.

**IT IS FURTHER ORDERED** that the motion to Modify Conditions of Release, **ECF No. 120, is granted.**

Mr. Crisp's curfew hours, as set forth in release Condition Number 10, are extended to allow him to be away from his home on August 15, 2015 past his 11:00 p.m. curfew time until August 16, 2015 at 3:00 a.m.

ORDER       1

The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED this 14th day of August, 2015.

*S/ James P. Hutton*
JAMES P. HUTTON
United States Magistrate Judge

ORDER                        2