UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:13-CR-6065-WFN-1 |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO EXPEDITE AND MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| JUSTIN DANIEL CRISP, | |
| Defendant. | |

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite (ECF No. 146) and Fourth Motion to Modify Conditions of Release (ECF No. 145) are **GRANTED**.

2. The Court's Order Setting Conditions of Release (ECF No. 7), Condition No. 10 (as modified at ECF No. 42) is temporarily modified as follows:

> Defendant is allowed to stay with his grandfather at his grandfather's residence on November 21, 2015 and returning home at or before 11:00 p.m. on November 22, 2015.  There shall be no one under age 18 present at the grandfather's residence during the Defendant's visit.  Defendant shall furnish the grandfather's address to the supervising U.S. Probation officer in advance.

Other than as stated herein, all conditions shall remain unchanged.

The Clerk of Court shall enter this Order and provide copies to counsel and to U.S. Probation.

DATED November 19, 2015.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 1